UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE PRICE,<br>Plaintiff,<br>v.<br>NATHAN GAUGHAM, et al.,<br>Defendants. | Case No. 26-cv-11168 BLF (PR)<br>**ORDER OF TRANSER** |

Plaintiff, a state inmate, filed a *pro se* civil rights complaint against staff at the California Men's Colony ("CMC") in San Luis Obispo, California. Dkt. No. 1. Because the acts complained of occurred in San Luis Obispo County, which lies within the venue of the Central District of California, *see* 28 U.S.C. § 84(c), venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Western Division of the Central District of California. *See* 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Western Division of the Central District of California.

**IT IS SO ORDERED.**

**Dated:** September 30, 2026

BETH LABSON FREEMAN
United States District Judge



United States District Court
Northern District of California